UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | 2:21-cr-241-KOB-JHE-1 |
| | ] | |
| TIMOTHY JOSHUA SHUTT, | ] | |
|     Defendant. | ] | |

**MEMORANDUM OPINION**

This matter comes before the court on the Defendant Timothy Joshua Shutt's motion to suppress a gun obtained by officers during an October 27, 2020 traffic stop and any statements made by him during that stop. (Doc. 14). That evidence led to the grand jury indictment of Mr. Shutt for an alleged violation of 18 U.S.C. § 922(g)(1), felon in possession of a firearm.

After conducting an evidentiary hearing on February 10, 2022 (doc. 42), the magistrate judge issued a report and recommendation (doc. 43) that the court deny Mr. Shutt's motion to suppress (doc. 14) and deny his motion in limine as moot (doc. 34). Mr. Shutt filed no objections.

The court considered the entire record in this case, including the report and recommendation (doc. 43); the motion to suppress (doc. 14); the government's response (doc. 35); the transcript of the suppression hearing (doc. 42); and all exhibits from that hearing (docs. 38, 39, & 40). The court ACCEPTS the

magistrate judge's report and ADOPTS his recommendation to DENY the motion to suppress and DENY the motion in limine as MOOT.

The court will enter a separate Order doing so.

**DONE** and **ORDERED** this 3rd day of May, 2022.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE