# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ] | |
| ] | |
| v.  ] | **2:21-cr-241-KOB-JHE-1** |
| ] | |
| **TIMOTHY JOSHUA SHUTT,** ] | |
|     **Defendant.** ] | |

## ORDER

In conformity with the Memorandum Opinion entered contemporaneously with this Order, the court DENIES Mr. Shutt's motion to suppress (doc. 14) and DENIES his motion in limine as MOOT (doc. 34).

**DONE** and **ORDERED** this 3rd day of May, 2022.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE